# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

|  |  |  |
|---|---|---|
| **MONIQUE VANDESTREEK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:14-cv-00001-O** |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 18. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, the Commissioner's decision is **REVERSED** and **REMANDED** for further consideration.

**SO ORDERED** on this **17th day** of **March, 2015.**


Reed O'Connor
**UNITED STATES DISTRICT JUDGE**